# CASES

## DECIDED IN THE

# SUPREME COURT OF GEORGIA

### AT THE

## MARCH TERM, 1923.

RICHARDSON, tax-collector, *v.* BARCLAY & BRANDON *et al.*

Paragraph 105 of section 2 of the general tax act (Ga. L. 1921, pp. 38, 69), imposing an annual occupation tax upon undertakers, does not violate the clauses of the constitution relating to uniformity of taxation upon the same class of subjects, and to impartial and complete protection of person and property (Civil Code, §§ 6553, 6358).

No. 3361. March 13, 1923.

Injunction. Before Judge George L. Bell. Fulton superior court. July 1, 1922.

*Frank Carter,* for plaintiff in error.

*W. Paul Carpenter* and *Alexander & Meyerhardt,* contra.

PER CURIAM. Paragraph 105 under section 2 of the general tax act of 1921 (Acts 1921, pp. 38, 69) provides for the levy of occupation taxes as follows: "Upon each person, firm, or corporation whose business is that of burying the dead and charging for same, commonly known as undertakers, in cities of more than 50,000 inhabitants, per annum, $200.00; in cities of from 10,000 to 50,000 inhabitants, per annum, $100.00; in cities of from 5,000 to 10,000 inhabitants, per annum, $50.00; in cities or towns of from 2,500 to 5,000, $20.00; in cities or towns of less than 2,500 inhabitants, $10.00." The above act does not violate article 7, section 2, paragraph 1, of the constitution (Civil Code, § 6553) which provides: "All taxation shall be uniform upon the same

331

class of subjects, and ad valorem on all property subject to be taxed within the territorial limits of the authority levying the tax, and shall be levied and collected under general laws," nor does it violate article 1, section 1, paragraph 2, of the constitution (Civil Code, § 6358), which provides: Protection to person and property is the paramount duty of government, and shall be impartial and complete." *Wright* v. *Hirsch,* 155 *Ga.* 229 (116 S. E. 795).

Under the ruling just announced, the trial judge erred in overruling the defendant's demurrer.

*Judgment reversed. All the Justices concur, except Atkinson and Hill, JJ., dissenting.*